UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Megan McAteer, individually and on behalf of all others similarly situated,**<br><br>Plaintiff<br><br>v.<br><br>**Target Corporation,**<br><br>Defendant | Case No. 2:17-cv-07848-DSF-PLA<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF MEGAN MCATEER'S NOTICE OF VOLUNTARY DISMISSAL OF HER CLAIMS AGAINST TARGET CORPORATION PURSUANT TO 41(A)(1)(A)(I) WITHOUT PREJUDICE

COMES NOW, Plaintiff, Megan McAteer ("Plaintiff"), by and through counsel of record, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files Plaintiff's Notice of Voluntary Dismissal of Megan McAteer's Claims Against Target Corporation ("Defendant") Pursuant to 41(a)(1)(A)(i) Without Prejudice with Each Party to Bear Its Own Costs and hereby dismisses each of Plaintiff's claims against Defendant, without prejudice, with each party to bear its own costs.

Defendant has not filed an answer in this case and has not filed a motion for summary judgment.  Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this lawsuit.

A receiver has not been appointed in this case.  This case is not governed by any federal statute that requires a court order for dismissal.

Furthermore, Plaintiff filed an amended complaint on December 1, 2017. Defendant waived service on December 4, 2017, and Plaintiff filed the executed Waiver of Service with the Court on December 29, 2017. Plaintiff consented to an extension for Target Corporation to answer by January 19, 2017.

Because of further investigation regarding the wrongdoing that has taken place in this case in the state of Minnesota, Plaintiff has decided that the more logical location for this litigation is Minnesota where Target Corporation is headquartered.

Accordingly, Plaintiff Megan McAteer, hereby dismisses each of Plaintiff Megan McAteer's causes of action against Defendant Target Corporation **without prejudice, with each party to bear its own costs.**

Dated: January 9, 2018          By:     /s/ Francis J. "Casey" Flynn, Jr.
                                        Francis J. "Casey" Flynn, Jr.
                                        CA State Bar No. 304712
                                        6220 W 3rd St # 415
                                        Los Angeles, CA 90036
                                        Telephone: 314-662-2836
                                        Email: francisflynn@gmail.com

                                        Jasper D. Ward IV (*seeking admission pro hac vice*)
                                        Ashton Smith (*seeking admission pro hac vice*)

          **JONES WARD PLC**
          The Pointe
          1205 E. Washington St., Suite 111
          Louisville, Kentucky 40206
          Telephone: (502) 882-6000
          Facsimile: (502) 587-2007
          Email: jasper@jonesward.com
                 ashton@jonesward.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 9, 2018, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filings system upon the parties of record.

          /s/ Francis J. "Casey" Flynn, Jr.

130028          3